FILED
CLERK, U.S. DISTRICT COURT

SEP - 5 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Zenaida D. Berrardo,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR  10-381  GHK<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _____the court_____ , IT IS ORDERED that a detention hearing is set for ___9/9___ , ___2014___ , at ___2:00___ ☐ a.m. / ☑ p.m. before the Honorable ___Jacqueline Chooljian___ , in Courtroom ___20___ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_____
*(Other custodial officer)*

Dated: ___9 / 5 /14___          _____
                        U.S. District Judge/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**