```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         SEP - 9 2014

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR 10-381 GHK |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) | 18 U.S.C. § 3143(a) |
| | ) | Allegations of Violations of |
| Zenaida DiBernardo | ) | Probation/Supervised Release |
| | ) | Conditions) |
| Defendant. | ) | |

On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A.  ( ) the appearance of defendant as required; and/or

   B.  (✔) the safety of any person or the community.

///
///
///
///
///

```
 1        2.   The Court concludes:
 2             A.   (✓) Defendant has failed to demonstrate by clear and
 3                  convincing evidence that she is not likely to pose
 4                  a risk to the safety of any other persons or the
 5                  community.  Defendant poses a risk to the safety
 6                  of other persons or the community based on:
 7                  criminal history; multiple prior
 8                  violations/revocations of terms of supervision/
 9                  probation; instant allegations
10
11
12             B.   ( ) Defendant has failed to demonstrate by clear and
13                  convincing evidence that he is not likely to flee
14                  if released.  Defendant poses a flight risk based
15                  on: _____
16
17
18
19
20
21        IT IS ORDERED that defendant be detained.
22
23        DATED:  9/9/14
24
25                                   HONORABLE JACQUELINE CHOOLJIAN
                                     United States Magistrate Judge
26
27
28
```